■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH M. HORN, Appellant. [726 NYS2d 882] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him of two counts of murder in the second degree (Penal Law § 125.25 [2], [3]), and one count of burglary in the third degree (Penal Law § 140.20). Contrary to defendant's contentions, the evidence is legally sufficient to support the conviction and the verdict is not against the weight of the evidence (*see, People v Bleakley*, 69 NY2d 490, 495). We further reject defendant's contention that a mistrial was required based on the hearsay testimony of a witness concerning defendant's involvement in the murder. Supreme Court promptly issued a curative instruction (*see, People v Davis*, 58 NY2d 1102, 1103-1104; *see generally, People v Berg*, 59 NY2d 294, 299-300) and did not abuse its discretion in refusing to grant a mistrial (*see, People v Ortiz*, 54 NY2d 288, 292). The sentence is neither unduly harsh nor severe. (Appeal from Judgment of Supreme Court, Monroe County, Bender, J.—Murder, 2nd Degree.) Present—Pigott, Jr., P. J., Pine, Hurlbutt, Scudder and Burns, JJ.